

**MEMO ENDORSED**

September 29, 2025

By ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Re:* Briefing Schedule in *Ortiz-Lopez v. Francis*, 1:25-cv-7985 (KPF)

Dear Judge Polk Failla,

    Our office represents the petitioner in this matter. We write to inform the Court that after conferring about this case, the parties have agreed on the following briefing schedule, which we respectfully ask the Court to endorse:

- Respondents will respond by October 7, 2025; and
- Petitioner will reply by October 9, 2025.

We thank the Court for its time and consideration.

Respectfully,

/s/ Harold A. Solis
Harold A. Solis
Make the Road New York
301 Grove Street
Brooklyn, NY 11237
Harold.Solis@maketheroadny.org

Cc: Counsel of Record (by ECF)

BROOKLYN
301 GROVE STREET
BROOKLYN, NY 11237
718 418 7690

QUEENS
104-19 ROOSEVELT AVENUE
CORONA, NY 11368
718 565 8500

STATEN ISLAND
161 PORT RICHMOND AVENUE
STATEN ISLAND, NY 10302
718 727 1222

LONG ISLAND
1090 SUFFOLK AVENUE
BRENTWOOD, NY 11717
631 231 2220

WESTCHESTER
46 WALLER AVENUE
WHITE PLAINS, NY 10605
914 948 8466

MAKETHEROADNY.ORG

Application GRANTED. The parties' above briefing schedule is hereby adopted. Furthermore, the parties are ORDERED to appear for a hearing to discuss the petition on **October 22, 2025,** at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: September 30, 2025
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE