UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBEN ABELARDO ORTIZ-LOPEZ,<br><br>                                   Petitioner,<br><br>                         -v.-<br><br>LADEON FRANCIS, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; and PAM BONDI, *in her official capacity as Attorney General*,<br><br>                                   Respondents. | 25 Civ. 7985 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Petitioner Mr. Ortiz-Lopez is an asylum seeker from Ecuador who has been present in the United States since March 2024.  (Dkt. #8 at ¶ 1, 8, 11). Upon first entering the United States, Mr. Ortiz-Lopez was detained by Respondents, charged with removability under 8 U.S.C. § 1182(a)(6)(A)(i), and released.  (*Id.* ¶ 9).  Later, in April 2024, Mr. Ortiz-Lopez filed a timely application for asylum.  (*Id.* ¶ 11).  On September 25, 2025, after attending a hearing before an immigration judge on his asylum application, Mr. Ortiz-Lopez was re-detained by Respondents without explanation while his partner and two young children were present.  (*Id.* ¶ 12).

One day later, on September 26, 2025, Mr. Ortiz-Lopez filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking immediate release from custody without restraints on his liberty beyond those that existed prior to his detention on September 25, 2025.  (Dkt. #1).  On October 2, 2025, Mr. Ortiz-

Lopez filed an amended petition (the "Amended Petition"). (Dkt. #8). The Government opposed the Amended Petition on October 7, 2025. (Dkt. #9). Petitioner replied on October 9, 2025. (Dkt. #12). The Court held a hearing on the Amended Petition on October 22, 2025.

For the reasons set forth on the record at the October 22, 2025 hearing, Mr. Ortiz-Lopez's Amended Petition under 28 U.S.C. § 2241 is GRANTED. The Court ORDERS Respondents to immediately release Mr. Ortiz-Lopez from custody and to impose only the restraints on his liberty that existed prior to his re-detention on September 25, 2025. The Court further ORDERS that Mr. Ortiz-Lopez shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where the Government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a).

SO ORDERED.

Dated:    October 22, 2025
          New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge