UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBEN ABELARDO ORTIZ-LOPEZ,<br><br>         Petitioner,<br><br>      -v.-<br><br>LADEON FRANCIS, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; and PAM BONDI, *in her official capacity as Attorney General*,<br><br>         Respondents. | 25 Civ. 7985 (KPF)<br><br>**JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

  Whereas Petitioner having filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking immediate release from custody without restraints on his liberty beyond those that existed prior to his detention on September 25, 2025 (Dkt. #1), and on October 2, 2025, filed an Amended Petition (Dkt. #8), and the matter having come before the undersigned, and on October 22, 2025, this Court, having rendered its Order (Dkt. #13), GRANTING Petitioner's Amended Petition and ordering Respondents to immediately release Petitioner from custody and to impose only the restraints on his liberty that existed prior to his re-detention on September 25, 2025, and further ordering that Petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where the Government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a), it is

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 22, 2025, Petitioner's Amended Petition under 28 U.S.C. § 2241 is GRANTED. The Court ORDERS Respondents to immediately release Mr. Ortiz-Lopez from custody and to impose only the restraints on his liberty that existed prior to his re-detention on September 25, 2025. The Court further ORDERS that Petitoner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where the Government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a); accordingly, the case is closed.

SO ORDERED.

Dated:   November 6, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge